IRVING TRUST COMPANY, Respondent, *v.* BERGEN COUNTY SYNDICATE, INC., et al., Defendants, and BENJAMIN KAPLAN, Appellant.

Argued November 13, 1939; decided November 28, 1939.

*Julius Paull* for appellant.

*Martin A. Schenck* and *William J. Carr* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.